# Court of Appeals
# of the State of Georgia

ATLANTA,  February 20, 2018

*The Court of Appeals hereby passes the following order:*

**A18D0318.  JIMMY CARTER v. THE STATE.**

In 2016, Jimmy Carter pleaded guilty to various drug crimes. The record contains no indication that Carter filed a direct appeal from his conviction and sentence.[1] In January 2018, Carter filed the instant application for discretionary appeal, seeking to challenge his conviction and sentence.[2] We lack jurisdiction.

No application for discretionary appeal is required to appeal a criminal conviction. Ordinarily, if a party applies for discretionary review of a directly appealable order, we grant the application under OCGA § 5-6-35 (j). To fall within this general rule, however, the application must be filed within 30 days of entry of the order to be appealed. See OCGA § 5-6-35 (d) & (j); *Hill v. State*, 204 Ga. App. 582 (420 SE2d 393) (1992). Because Carter filed his application almost two years after entry of the judgment of conviction, the application is untimely, and it is hereby DISMISSED for lack of jurisdiction.

---

[1] This Court previously dismissed Carter's direct appeal from the trial court's denial of his "Motion to Correct a Voidable Judgment" — in which he argued that there was insufficient proof of his prior convictions for the purpose of recidivist sentencing — because of his failure to raise a colorable void-sentence claim. See Case No. A18A1019 (decided February 8, 2018).

[2] Carter submitted two trial court orders with his discretionary application: (i) his 2016 judgment of conviction; and (ii) an unsigned order revoking his probation in a separate criminal proceeding. In his application, he does not raise any arguments regarding the probation revocation order.

We note, however, that Carter was represented by counsel before the trial court and may be entitled to pursue an out-of-time appeal. He therefore is informed of the following in accordance with *Rowland v. State*, 264 Ga. 872, 875-876 (2) (452 SE2d 756) (1995). This application for discretionary appeal has been dismissed because it is untimely. If you still wish to appeal, you may petition the trial court for leave to file an out-of-time appeal. If the trial court grants your request, you will have 30 days from the entry of that order to file a notice of appeal referencing your conviction. If the trial court denies your request, you will have 30 days from the entry of that order to file a notice of appeal referencing the denial of your request for an out-of-time appeal.

The Clerk of Court is DIRECTED to send a copy of this order to Carter and to Carter's attorney, and the latter also is DIRECTED to send a copy to Carter.



*Court of Appeals of the State of Georgia*

*Clerk's Office, Atlanta,  02/20/2018*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*